# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1641
Lower Tribunal No. 2024-MM-402497

_____

STEVEN ANTHONY LOWMAN,

Appellant

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Orange County.
Amy J. Carter, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED